UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEATHY ENVIRONMENT, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, GRAND CANYON TRUST, WILDEARTH GUARDIANS,<br><br>Plaintiffs<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR, a federal agency; JOSEPH R. BALASH, in his official capacity as Assistant Secretary for Land and Minerals within the Department of Interior; DAVID BERNHARDT, in his official capacity as Acting Secretary of the Department of the Interior.<br><br>Defendants | ORDER FOR PRO HAC VICE ADMISSION<br><br><br><br><br><br>Case No. 2:19-cv-00256 |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Ann Alexander in the United States District Court, District of Utah, (ECF No. 3) in the subject case is GRANTED.

Dated: this 18th day of April, 2019.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Court Judge