# United States District Court
# District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne W. Morgan**  
Chief Deputy Clerk

March 25, 2021

U.S. Bureau of Land Management  
Attn: Clerk's Office  
760 Horizon Drive  
Grand Junction, CO 81506

—

Re:   Utah Physicians for a Healthy Environment et al v. U.S. Bureau of Land Management et al  
      U.S. District Court Case Number:  2:19-cv-00256-DBB  
      State Court Case Number:

Dear Clerk:

An order remanding this case to the U.S. Bureau of Land Management was signed by the Honorable Judge David Barlow on 03/24/2021. I am forwarding a certified copy of the remand order along with a copy of the Federal Court docket sheet. None of the documents contained in the federal file will be forwarded. (see FRCP 28:1447).

Please return a signed copy of this letter in the enclosed self-addressed envelope.

Sincerely,

D. Mark Jones, Clerk

By:  
Jessica Lykins  
Deputy Clerk

Enclosures  
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:** _____

**Date:** _____